ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV - 8 2007

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. |
| | § | |
| HECTOR CHAVARRIA (01) | § | **3-07CR0331-G** |
|     a.k.a. "8" | § | |
|     a.k.a. "Ocho" | § | |
| JOSE HERNANDEZ-CONTRERAS (02) | § | |
|     a.k.a. "03" | § | |
|     a.k.a. "Martin" | § | |
| JUAN GARZA MARTINEZ (03) | § | |
|     a.k.a. "7" | § | |
|     a.k.a. "Manuel" | § | |
| RAUL GERARDO ZERTUCHE III (04) | § | |
|     a.k.a. "06" | § | |
|     a.k.a. "Hipo" | § | |
| DANIEL TRISTAN-CHAPA (05) | § | |
|     a.k.a. "5" | § | |
|     a.k.a. "Cheling" | § | |
| JUAN MARTIN LOPEZ (06) | § | |
|     a.k.a. "Martin" | § | |
|     a.k.a. "Atlanta" | § | **SEALED** |
| GORDO LNU (07) | § | |
|     a.k.a. "Pichi" | § | |
| FABIAN LNU (08) | § | To be Filed Under Seal |
|     a.k.a. "10" | § | |
|     a.k.a. "Fabi" | § | |
| TONY TITO TORRES (09) | § | |
| JAVIER LOPEZ (10) | § | |
|     a.k.a. "Rufiano" | § | |
| GABRIEL TORRES-SANCHEZ (11) | § | |
|     a.k.a. "Samurai" | § | |
| HECTOR MENDOZA HERNANDEZ (12) | § | |
| GERARDO ANTONIO GOMEZ (13) | § | |
| MANUEL SILVA (14) | § | |
| TIBURCIO LEIJA (15) | § | |

INDICTMENT

The Grand Jury Charges:

## COUNT 1
Conspiracy to Distribute and Possess with Intent
to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Commencing on or about May 1, 2006 and continuing through the date of this

indictment, in the Dallas Division of the Northern District of Texas and elsewhere,

**Hector Chavarria, a.k.a. "8" a.k.a. "Ocho"; Jose Hernandez-Contreras, a.k.a. "03"**

**a.k.a. "Martin"; Juan Garza Martinez, a.k.a. "7" a.k.a. "Manuel"; Raul Gerardo**

**Zertuche III, a.k.a. "06" a.k.a. "Hipo"; Daniel Tristan-Chapa, a.k.a. "5" a.k.a.**

**"Cheling"; Juan Martin Lopez, a.k.a. "Martin" a.k.a. "Atlanta"; Gordo LNU, a.k.a.**

**"Pichi"; Fabian LNU, a.k.a. "10" a.k.a. "Fabi"; Tony Tito Torres; Javier Lopez,**

**a.k.a. "Rufiano"; Gabriel Torres-Sanchez, a.k.a. "Samurai"; Hector Mendoza**

**Hernandez; Gerardo Antonio Gomez; Manuel Silva**; and **Tiburcio Leija**, defendants,

did intentionally and knowingly combine, conspire, confederate, and agree together and

with each other, and with persons known and unknown to the Grand Jury, to distribute

and possess with intent to distribute five kilograms or more of a mixture and substance

containing a detectable amount of cocaine, a Schedule II controlled substance, in

violation of 21 U.S.C. § 841(a)(1).

All in violation of 21 U.S.C. § 846, the penalty for which is found at 21 U.S.C. §

841(b)(1)(A).

COUNT 2
Forfeiture Allegation
(21 U.S.C. § 853(a))

Upon conviction of the offense alleged in Count 1 of this Indictment, the

defendants, **Hector Chavarria, a.k.a. "8" a.k.a. "Ocho"; Jose Hernandez-Contreras,**

**a.k.a. "03" a.k.a. "Martin"; Juan Garza Martinez, a.k.a. "7" a.k.a. "Manuel"; Raul**

**Gerardo Zertuche III, a.k.a. "06" a.k.a. "Hipo"; Daniel Tristan-Chapa, a.k.a. "5"**

**a.k.a. "Cheling"; Juan Martin Lopez, a.k.a. "Martin" a.k.a. "Atlanta"; Gordo LNU,**

**a.k.a. "Pichi"; Fabian LNU, a.k.a. "10" a.k.a. "Fabi"; Tony Tito Torres; Javier**

**Lopez, a.k.a. "Rufiano"; Gabriel Torres-Sanchez, a.k.a. "Samurai"; Hector**

**Mendoza Hernandez; Gerardo Antonio Gomez; Manuel Silva;** and **Tiburcio Leija,**

shall forfeit to the United States of America all property, real or personal, constituting, or

derived from, the proceeds obtained, directly or indirectly, as a result of the offense; and

any property, real or personal, used or intended to be used, in any manner or part, to

commit or to facilitate the commission of the offense.

This property includes, but is not limited to, the following:

1.    $50,020.00 in United States currency seized on or about September 18, 2007 in Ellis County, Texas.

2.    $51,720.00 in United States currency seized on or about July 25, 2007 in Bexar County, Texas.

3.    $1,488,950.00 in United States currency seized on or about October 4, 2007 in Denton County, Texas.

4.    Hi Point .380 caliber pistol, model CF380, SN 840061W.

5.     Sig Sauer 9 mm caliber pistol, model P239, SN SA31206.

6.     SWD 9 mm caliber pistol, model Cobray M-11, SN 89-0067491.

7.     Browning .380 caliber pistol, model BDA380, SN 425PY17241.

8.     Keltec .380 caliber pistol, model P3AT380, SN JGH69.

9.     Rock River Arms 5.56 mm caliber rifle, model LAR-15, SN CM91558.

10.    Saigi 7.62 x 39 mm caliber rifle, model unknown, SN 1061420.

11.    Unknown manufacturer 7.62 x 39 mm caliber rifle, model unknown, SN DS8477.

12.    Assorted rounds of .380, 9 mm, .223, and 7.62 x 39 mm caliber ammunition.

A TRUE BILL

# REDACTED

FOREPERSON

RICHARD B. ROPER
UNITED STATES ATTORNEY


KEITH ROBINSON
Assistant United States Attorney
State Bar of Texas No. 00788298
1100 Commerce Street, Third Floor
Dallas, Texas  75242
Telephone:    214.659.8758
Facsimile:    214.659.8803


JOHN J. DeLA GARZA III
Assistant United States Attorney - Forfeiture Counsel
State Bar of Texas No. 00796455
1100 Commerce Street, Third Floor
Dallas, Texas  75242
Telephone:    214.659.8682
Facsimile:    214.659.8803

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
NOV - 8 2007
CLERK, U.S. DISTRICT COURT
Deputy

THE UNITED STATES OF AMERICA

v.   **3 - 07 CR 0 3 3 1 - G**

HECTOR CHAVARRIA (01), a.k.a. "8", a.k.a. "Ocho",
JOSE HERNANDEZ-CONTRERAS (02), a.k.a. "03", a.k.a. "Martin",
JUAN GARZA MARTINEZ (03), a.k.a. "7", a.k.a. "Manuel",
RAUL GERARDO ZERTUCHE III (04), a.k.a. "06", a.k.a. "Hipo",
DANIEL TRISTAN-CHAPA (05), a.k.a. "5", a.k.a. "Cheling",
JUAN MARTIN LOPEZ (06), a.k.a. "Martin", a.k.a. "Atlanta",
GORDO LNU (07), a.k.a. "Pichi", FABIAN LNU (08), a.k.a. "10", a.k.a. "Fabi",
TONY TITO TORRES (09), JAVIER LOPEZ (10), a.k.a. "Rufiano"
GABRIEL TORRES-SANCHEZ (11), a.k.a. "Samurai",
HECTOR MENDOZA HERNANDEZ (12), GERARDO ANTONIO GOMEZ (13)
MANUEL SILVA (14), TIBURCIO LEIJA (15)

*SEALED*

INDICTMENT

21 U.S.C. § 846

Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance

21 U.S.C. § 853(a)
Forfeiture Allegation

2  Counts

*TB*

A true bill rendered

**REDACTED**

DALLAS                                        FOREPERSON

Filed in open court this 7th *8th* day of November, 2007

------------------------------------------------------------------------------

Clerk

Warrants to be Issued for all Defendants

-------------------------------------------------------------------------------

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

No Criminal Complaint Pending

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

| | Related Case Information |
|---|---|
| | Superseding Indictment: ☐ Yes ☒ No   New Defendant: ☒ Yes ☐ No |
| | Pending CR Case in NDTX: ☐ Yes ☐ No   If Yes, number: |
| | Search Warrant Case Number _____ |
| | R 20 from District of _____ |
| | Magistrate Case Number: **3-07 CR0331-G** |

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:

   ☒ Yes ☐ No

   Defendant Name _____ **HECTOR  CHAVARRIA  (01)** _____

   Alias Name _____ "8"; "Ocho" _____

   Address _____

   _____

   County in which offense was committed: _____

   RECEIVED
   NOV - 8 2

2. **U.S. Attorney Information**

   **AUSA KEITH ROBINSON**          **Bar #  TX Bar No. 00788298**

3. **Interpreter**

   ☐ Yes  ☒ No    If Yes, list language and/or dialect: _____

4. **Location Status**

   Arrest Date - **Warant to be issued**

   ☐ Already in Federal Custody as of
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: **2**   ☐ Petty  ☐ Misdemeanor  ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 21 U.S.C. § 846 | Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance | 1 |
   | 21 U.S.C. § 853(a) | Forfeiture Allegation | 2 |

   Date : November 1, 2007      Signature of AUSA: _____

   KEITH ROBINSON

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

| Related Case Information |
|---|
| Superseding Indictment: ☐ Yes ☒ No    New Defendant: ☒ Yes ☐ No |
| Pending CR Case in NDTX: ☐ Yes ☐ No  If Yes, number: _____ |
| Search Warrant Case Number _____ |
| R 20 from District of _____ |
| Magistrate Case Number: **3-07 CR 0331-G** |

1.  **Defendant Information**

Juvenile: ☐ Yes ☒ No

If Yes, Matter to be sealed:

☒ Yes ☐ No

Defendant Name _____ **JOSE HERNANDEZ-CONTRERAS** (02) _____

Alias Name _____ "03" and "Martin" _____

Address _____

RECEIVED

NOV - 8

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

County in which offense was committed: _____

2.  **U.S. Attorney Information**

**AUSA KEITH ROBINSON** _____            Bar #  **TX Bar No. 00788298**

3.  **Interpreter**

☐ Yes  ☒ No    If Yes, list language and/or dialect: _____

4.  **Location Status**

Arrest Date - **Warrant to be issued**

☐ Already in Federal Custody as of
☐ Already in State Custody
☐ On Pretrial Release

5.  **U.S.C. Citations**

Total # of Counts as to This Defendant:  **2**    ☐ Petty    ☐ Misdemeanor    ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 U.S.C. § 846 | Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance | 1 |
| 21 U.S.C. § 853(a) | Forfeiture Allegation | 2 |

Date : November 1, 2007    Signature of AUSA: _____

KEITH ROBINSON

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

| Related Case Information |
|---|
| Superseding Indictment: ☐ Yes ☒ No   New Defendant: ☒ Yes ☐ No |
| Pending CR Case in NDTX: ☐ Yes ☐ No  If Yes, number: _____ |
| Search Warrant Case Number _____ |
| R 20 from District of _____ |
| Magistrate Case Number: **3-07 CRO331-G** |

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:

   ☒ Yes ☐ No

   Defendant Name _____ **JUAN GARZA MARTINEZ (03)** _____

   Alias Name _____ "7" and "Manuel" _____

   Address _____

   RECEIVED

   NOV – 8 2

   County in which offense was committed: _____

2. **U.S. Attorney Information**

   **AUSA KEITH ROBINSON**                   Bar # **TX Bar No. 00788298**

3. **Interpreter**

   ☐ Yes ☒ No     If Yes, list language and/or dialect: _____

4. **Location Status**

   Arrest Date - **Warrant to be issued**

   ☐ Already in Federal Custody as of
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: **2**   ☐ Petty   ☐ Misdemeanor   ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 U.S.C. § 846 | Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance | 1 |
| 21 U.S.C. § 853(a) | Forfeiture Allegation | 2 |

Date : November 1, 2007   Signature of AUSA: _____

KEITH ROBINSON

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

## Related Case Information

Superseding Indictment: ☐ Yes ☒ No   New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☐ No   If Yes, number: _____

Search Warrant Case Number _____

R 20 from District of _____

Magistrate Case Number: **3-07CR0331-G**

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:

   ☒ Yes ☐ No

   Defendant Name _____ **RAUL GERARDO ZERTUCHE III** (04) _____

   Alias Name _____ "06" and "Hipo" _____

   Address _____

   _____

   County in which offense was committed: _____

   RECEIVED

   NOV – 8 2007

2. **U.S. Attorney Information**

   **AUSA KEITH ROBINSON**                **Bar # TX Bar No. 00788298**

3. **Interpreter**

   ☐ Yes ☒ No     If Yes, list language and/or dialect: _____

4. **Location Status**

   Arrest Date - **Warrant to be issued**

   ☐ Already in Federal Custody as of
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: **2**     ☐ Petty   ☐ Misdemeanor   ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 21 U.S.C. § 846 | Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance | 1 |
   | 21 U.S.C. § 853(a) | Forfeiture Allegation | 2 |

Date : November 1, 2007   Signature of AUSA: _____

                                                KEITH ROBINSON

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

<table>
<tr><td colspan="2">**Related Case Information**</td></tr>
<tr><td>Superseding Indictment: ☐ Yes ☒ No   New Defendant: ☒ Yes ☐ No</td></tr>
<tr><td>Pending CR Case in NDTX: ☐ Yes ☐ No  If Yes, number: _____</td></tr>
<tr><td>Search Warrant Case Number _____</td></tr>
<tr><td>R 20 from District of _____</td></tr>
<tr><td>Magistrate Case Number: **3-07 CR0331-G**</td></tr>
</table>

1.   **Defendant Information**

Juvenile:  ☐ Yes ☒ No

If Yes, Matter to be sealed:

☒ Yes ☐ No

Defendant Name _____ **DANIEL TRISTAN-CHAPA** (05) _____

Alias Name _____ ”5" and “Cheling” _____

Address _____

RECEIVED

NOV - 8 2007

County in which offense was committed: _____

2.   **U.S. Attorney Information**

**AUSA KEITH ROBINSON** _____                    **Bar #  TX Bar No. 00788298**

3.   **Interpreter**

☐ Yes  ☒ No    If Yes, list language and/or dialect: _____

4.   **Location Status**

Arrest Date - **Warrant to be issued**

☐ Already in Federal Custody as of

☐ Already in State Custody

☐ On Pretrial Release

5.   **U.S.C. Citations**

Total # of Counts as to This Defendant:   **2**      ☐ Petty    ☐ Misdemeanor    ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 U.S.C. § 846 | Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance | 1 |
| 21 U.S.C. § 853(a) | Forfeiture Allegation | 2 |

Date : November 1, 2007   Signature of AUSA: _____

KEITH  ROBINSON

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

| Related Case Information |
|---|
| Superseding Indictment: ☐ Yes ☒ No   New Defendant: ☒ Yes ☐ No |
| Pending CR Case in NDTX: ☐ Yes ☐ No  If Yes, number: _____ |
| Search Warrant Case Number _____ |
| R 20 from District of _____ |
| Magistrate Case Number: **3 - 0 7 C R 0 3 3 1 - G** |

1. **Defendant Information**

Juvenile: ☐ Yes ☒ No

If Yes, Matter to be sealed:

☒ Yes ☐ No

Defendant Name _____ **JUAN MARTIN LOPEZ** (06) _____

Alias Name _____ "Martin" and "Atlanta" _____

**RECEIVED**

**NOV - 8** 2007

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Address _____

County in which offense was committed: _____

2. **U.S. Attorney Information**

**AUSA KEITH ROBINSON** _____   Bar #  **TX Bar No. 00788298**

3. **Interpreter**

☐ Yes  ☒ No   If Yes, list language and/or dialect: _____

4. **Location Status**

Arrest Date - **Warrant to be issued**

☐ Already in Federal Custody as of
☐ Already in State Custody
☐ On Pretrial Release

5. **U.S.C. Citations**

Total # of Counts as to This Defendant:   **2**   ☐ Petty   ☐ Misdemeanor   ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 U.S.C. § 846 | Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance | 1 |
| 21 U.S.C. § 853(a) | Forfeiture Allegation | 2 |

Date : November 1, 2007   Signature of AUSA: _____

KEITH  ROBINSON

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

<table>
<tr><td colspan="2" align="center">Related Case Information</td></tr>
<tr><td colspan="2">Superseding Indictment: ☐ Yes ☒ No    New Defendant: ☒ Yes ☐ No</td></tr>
<tr><td colspan="2">Pending CR Case in NDTX: ☐ Yes ☐ No  If Yes, number:</td></tr>
<tr><td colspan="2">Search Warrant Case Number _____</td></tr>
<tr><td colspan="2">R 20 from District of _____</td></tr>
<tr><td colspan="2">Magistrate Case Number: **3-07 CR 0331-G**</td></tr>
</table>

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:

   ☒ Yes ☐ No

   Defendant Name _____ **GORDO LNU  (07)** _____

   Alias Name _____ "Pichi" _____

   Address _____

   _____

   County in which offense was committed: _____

   **RECEIVED**
   **NOV - 8 2007**
   U.S. DISTRICT COURT
   NORTHERN DISTRICT OF TEXAS

2. **U.S. Attorney Information**

   **AUSA KEITH ROBINSON** _____          **Bar #  TX Bar No. 00788298**

3. **Interpreter**

   ☐ Yes  ☒ No    If Yes, list language and/or dialect: _____

4. **Location Status**

   Arrest Date - **Warrant to be issued**

   ☐ Already in Federal Custody as of
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant:  **2**    ☐ Petty  ☐ Misdemeanor  ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 U.S.C. § 846 | Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance | 1 |
| 21 U.S.C. § 853(a) | Forfeiture Allegation | 2 |

Date : November 1, 2007   Signature of AUSA:  _____

KEITH  ROBINSON

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No   New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No  If Yes, number: _____

Search Warrant Case Number _____

R 20 from District of _____

Magistrate Case Number: **3-07CRO331-G**

1. **Defendant Information**

Juvenile: ☐ Yes ☒ No

If Yes, Matter to be sealed:

☒ Yes ☐ No

Defendant Name _____ **FABIAN LNU** (08) _____

Alias Name _____ "10" and "Fabi" _____

Address _____

**RECEIVED**

**NOV - 8 2007**

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

County in which offense was committed: _____

2. **U.S. Attorney Information**

**AUSA KEITH ROBINSON** _____   **Bar #  TX Bar No. 00788298**

3. **Interpreter**

☐ Yes  ☒ No   If Yes, list language and/or dialect: _____

4. **Location Status**

Arrest Date - **Warrant to be issued**

☐ Already in Federal Custody as of
☐ Already in State Custody
☐ On Pretrial Release

5. **U.S.C. Citations**

Total # of Counts as to This Defendant: **2**   ☐ Petty   ☐ Misdemeanor   ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 U.S.C. § 846 | Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance | 1 |
| 21 U.S.C. § 853(a) | Forfeiture Allegation | 2 |

Date : November 1, 2007   Signature of AUSA: _____

KEITH ROBINSON

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No   New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number: _____

Search Warrant Case Number _____

R 20 from District of _____

Magistrate Case Number: **3-07 CRO331-G**

1. **Defendant Information**

Juvenile: ☐ Yes ☒ No

If Yes, Matter to be sealed:

☒ Yes ☐ No

Defendant Name _____ **TONY TITO TORRES** (09) _____

Alias Name _____

Address _____

RECEIVED

NOV − 8 2007

County in which offense was committed: _____

2. **U.S. Attorney Information**

**AUSA KEITH ROBINSON** _____   **Bar #  TX Bar No. 00788298**

3. **Interpreter**

☐ Yes ☒ No   If Yes, list language and/or dialect: _____

4. **Location Status**

Arrest Date - **Warrant to be issued**

☐ Already in Federal Custody as of
☐ Already in State Custody
☐ On Pretrial Release

5. **U.S.C. Citations**

Total # of Counts as to This Defendant: **2**   ☐ Petty   ☐ Misdemeanor   ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 U.S.C. § 846 | Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance | 1 |
| 21 U.S.C. § 853(a) | Forfeiture Allegation | 2 |

Date : November 1, 2007   Signature of AUSA: _____

KEITH  ROBINSON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | Related Case Information |
|---|---|
| | Superseding Indictment: ☐ Yes ☒ No   New Defendant: ☒ Yes ☐ No |
| | Pending CR Case in NDTX: ☐ Yes ☐ No  If Yes, number: |
| | Search Warrant Case Number _____ |
| | R 20 from District of _____ |
| | Magistrate Case Number:  **3 - 0 7 C R O 3 3 1 - G** |

1. **Defendant Information**

Juvenile: ☐ Yes ☒ No

If Yes, Matter to be sealed:

☒ Yes ☐ No

Defendant Name _____ **JAVIER  LOPEZ** (00)

Alias Name _____ "Rufiano" _____

Address _____

RECEIVED

NOV - 8 2007

County in which offense was committed: _____

2. **U.S. Attorney Information**

**AUSA KEITH ROBINSON** _____            Bar #  **TX Bar No. 00788298**

3. **Interpreter**

☐ Yes  ☒ No    If Yes, list language and/or dialect: _____

4. **Location Status**

Arrest Date - **Warrant to be issued**

☐ Already in Federal Custody as of
☐ Already in State Custody
☐ On Pretrial Release

5. **U.S.C. Citations**

Total # of Counts as to This Defendant:  **2**    ☐ Petty   ☐ Misdemeanor   ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 U.S.C. § 846 | Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance | 1 |
| 21 U.S.C. § 853(a) | Forfeiture Allegation | 2 |

Date : November 1, 2007   Signature of AUSA: _____

KEITH  ROBINSON

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

<table>
<tr><td colspan="2" align="center"><b>Related Case Information</b></td></tr>
<tr><td>Superseding Indictment:</td><td>☐ Yes ☒ No   New Defendant: ☒ Yes ☐ No</td></tr>
<tr><td colspan="2">Pending CR Case in NDTX: ☐ Yes ☐ No  If Yes, number:</td></tr>
<tr><td colspan="2">Search Warrant Case Number _____</td></tr>
<tr><td colspan="2">R 20 from District of _____</td></tr>
<tr><td colspan="2">Magistrate Case Number: <b>3-07 CR0331-G</b></td></tr>
</table>

1. **Defendant Information**

   Juvenile:  ☐ Yes  ☒ No

   If Yes, Matter to be sealed:

   ☒ Yes ☐ No

   Defendant Name _____ **GABRIEL TORRES-SANCHEZ** (11) _____

   Alias Name _____ "Samurai" _____

   Address _____

   _____

   RECEIVED

   NOV - 8 2007

   CLERK U.S. DISTRICT COURT
   NORTHERN DISTRICT OF TEXAS

   County in which offense was committed: _____

2. **U.S. Attorney Information**

   **AUSA KEITH ROBINSON**

   **Bar # TX Bar No. 00788298**

3. **Interpreter**

   ☐ Yes  ☒ No   If Yes, list language and/or dialect: _____

4. **Location Status**

   Arrest Date - **Warrant to be issued**

   ☐ Already in Federal Custody as of
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant:  **2**     ☐ Petty   ☐ Misdemeanor   ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 U.S.C. § 846 | Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance | 1 |
| 21 U.S.C. § 853(a) | Forfeiture Allegation | 2 |

Date : November 1, 2007   Signature of AUSA: _____

KEITH ROBINSON

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No    New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☐ No  If Yes, number: _____

Search Warrant Case Number _____

R 20 from District of _____

Magistrate Case Number: **3-07 CR 0 3 3 1 - G**

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:

   ☒ Yes ☐ No

   Defendant Name _____ **HECTOR MENDOZA HERNANDEZ** (12) _____

   Alias Name _____

   Address _____

   _____

   County in which offense was committed: _____

   RECEIVED
   NOV - 8 2007
   U.S. DISTRICT COURT
   NORTHERN DISTRICT OF TEXAS

2. **U.S. Attorney Information**

   **AUSA KEITH ROBINSON** _____            **Bar #  TX Bar No. 00788298**

3. **Interpreter**

   ☐ Yes  ☒ No    If Yes, list language and/or dialect: _____

4. **Location Status**

   Arrest Date - **Warrant to be issued**

   ☐ Already in Federal Custody as of
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: **2**    ☐ Petty  ☐ Misdemeanor  ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 U.S.C. § 846 | Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance | 1 |
| 21 U.S.C. § 853(a) | Forfeiture Allegation | 2 |

Date : November 1, 2007   Signature of AUSA: _____

KEITH  ROBINSON

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No    New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☐ No  If Yes, number: _____

Search Warrant Case Number _____

R 20 from District of _____

Magistrate Case Number: **3-07CRO331-G**

1.  **Defendant Information**

Juvenile: ☐ Yes ☒ No

If Yes, Matter to be sealed:

☒ Yes ☐ No

Defendant Name _____ **GERARDO ANTONIO GOMEZ** (13) _____

Alias Name _____

Address _____

_____

RECEIVED

NOV - 8 2007

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

County in which offense was committed: _____

2.  **U.S. Attorney Information**

**AUSA KEITH ROBINSON** _____            **Bar # TX Bar No. 00788298**

3.  **Interpreter**

☐ Yes  ☒ No    If Yes, list language and/or dialect: _____

4.  **Location Status**

Arrest Date - **Warrant to be issued**

☐ Already in Federal Custody as of
☐ Already in State Custody
☐ On Pretrial Release

5.  **U.S.C. Citations**

Total # of Counts as to This Defendant: **2**    ☐ Petty   ☐ Misdemeanor   ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 U.S.C. § 846 | Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance | 1 |
| 21 U.S.C. § 853(a) | Forfeiture Allegation | 2 |

Date : November 1, 2007    Signature of AUSA: _____

KEITH ROBINSON

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

| Related Case Information |
| --- |

Superseding Indictment: ☐ Yes ☒ No   New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☐ No  If Yes, number: _____

Search Warrant Case Number _____

R 20 from District of _____

Magistrate Case Number: **3-07 CR0331-G**

1. **Defendant Information**

   Juvenile:  ☐ Yes  ☒ No

   If Yes, Matter to be sealed:

   ☒ Yes  ☐ No

   Defendant Name      **MANUEL  SILVA  (14)**

   Alias Name      _____

   Address      _____

   RECEIVED

   NOV – 8 2007

   County in which offense was committed: _____

2. **U.S. Attorney Information**

   **AUSA KEITH ROBINSON**      **Bar #  TX Bar No. 00788298**

3. **Interpreter**

   ☐ Yes  ☒ No    If Yes, list language and/or dialect: _____

4. **Location Status**

   Arrest Date - **Warrant to be issued**

   ☐ Already in Federal Custody as of
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant:  **2**    ☐ Petty   ☐ Misdemeanor   ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
| --- | --- | --- |
| 21 U.S.C. § 846 | Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance | 1 |
| 21 U.S.C. § 853(a) | Forfeiture Allegation | 2 |

Date : November 1, 2007   Signature of AUSA: _____

KEITH  ROBINSON

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

### Related Case Information

Superseding Indictment: ☐ Yes ☒ No    New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☐ No   If Yes, number: _____

Search Warrant Case Number _____

R 20 from District of _____

Magistrate Case Number: 3-07 CR 0331-G

1. **Defendant Information**

Juvenile: ☐ Yes ☒ No

If Yes, Matter to be sealed:

☒ Yes ☐ No

Defendant Name _____ **TIBURCIO LEIJA (15)** _____

Alias Name _____

Address _____

RECEIVED

NOV - 8 2007

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

County in which offense was committed: _____

2. **U.S. Attorney Information**

**AUSA KEITH ROBINSON**

**Bar #  TX Bar No. 00788298**

3. **Interpreter**

☐ Yes ☒ No   If Yes, list language and/or dialect: _____

4. **Location Status**

Arrest Date - **Warrant to be issued**

☐ Already in Federal Custody as of
☐ Already in State Custody
☐ On Pretrial Release

5. **U.S.C. Citations**

Total # of Counts as to This Defendant: **2**   ☐ Petty  ☐ Misdemeanor  ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 U.S.C. § 846 | Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance | 1 |
| 21 U.S.C. § 853(a) | Forfeiture Allegation | 2 |

Date : November 1, 2007   Signature of AUSA: _____

KEITH  ROBINSON